# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )   Case No.  1:22-SW-368
)
6009 KNOLLWOOD DR )
APARTMENT 4 )
FALLS CHURCH, VIRGINIA 22041

## APPLICATION FOR A SEARCH WARRANT

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location)*:
Attachment A, incorporated herein by this reference.

located in the ____Eastern____ District of ____Virginia____, there is now concealed *(identify the person or describe the property to be seized)*:
Attachment B, incorporated herein by this reference.

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more)*:
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. §§ 2252(a)(2) and (b)(1); 2252(a)(4)(B) and (b)(2) | Receipt and Distribution of Child Pornography; Possession of Child Pornography |

The application is based on these facts:

See Affidavit of HSI SA Corey Bolsei, attached hereto and incorporated herein by this reference.

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days (give exact ending date if more than 30 days: _____) is requested
under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

Reviewed by AUSA/SAUSA:
Laura D. Withers

*Applicant's signature*
Corey Bolsei, Special Agent, HSI
*Printed name and title*

Sworn to before me and signed in my presence.

Date:  06/29/2022

*Judge's signature*

City and state: Alexandria, VA            Hon. John F. Anderson, United States Magistrate Judge
*Printed name and title*

# ATTACHMENT A

## PROPERTY TO BE SEARCHED

The property to be searched is 6009 Knollwood Drive, Apartment 4, Falls Church, VA 22041. This is an apartment unit located within a multi-level apartment building. The numbers "6009" are affixed on the outside of the building above the main entrance. Further, a small plaque with the description "Unit 4" is affixed on the inside of the building next to the SUBJECT PREMISES entrance.

The following are photographs of the outside and inside of the multi-level apartment building of the "SUBJECT PREMISES":





## ATTACHMENT B

## PROPERTY TO BE SEIZED

The following materials, which constitute evidence of the commission of a criminal offense, contraband, the fruits of crime, or property designed or intended for use or which is or has been used as the means of committing a criminal offense, namely violations of 18 U.S.C. §§ 2252(a)(2) and (a)(4)(B):

1. Records and information relating to child pornography, child erotica, and visual depictions of minors engaged in sexually explicit conduct;

2. For any computer or storage medium whose seizure is otherwise authorized by this warrant, and any computer or storage medium that contains or in which is stored records or information that is otherwise called for by this warrant (hereinafter, "COMPUTER"):

   a. Evidence of who used, owned, or controlled the COMPUTER at the time the things described in this warrant were created, edited, or deleted, such as logs, registry entries, configuration files, saved usernames and passwords, documents, browsing history, user profiles, email, email contacts, "chats," instant messaging logs, photographs, and correspondence;

   b. Evidence of software that would allow others to control the COMPUTER, such as viruses, Trojan horses, and other forms of malicious software, as well as evidence of the presence or absence of security software designed to detect malicious software;

   c. Evidence of the lack of such malicious software;

   d. Evidence indicating how and when the computer was accessed or used to determine the chronological context of computer access, use, and events relating to the crime(s) under investigation and to the computer user;

    e. Evidence indicating the computer user's knowledge and/or intent as it relates to the crime(s) under investigation;

    f. Evidence of the attachment to the COMPUTER of other storage devices or similar containers for electronic evidence;

    g. Evidence of programs (and associated data) that are designed to eliminate data from the COMPUTER;

    h. Evidence of the times the COMPUTER was used;

    i. Passwords, encryption keys, and other access devices that may be necessary to access the COMPUTER;

    j. Documentation and manuals that may be necessary to access the COMPUTER or to conduct a forensic examination of the COMPUTER;

    k. Records of or information about Internet Protocol addresses used by the COMPUTER;

    l. Records of or information about the COMPUTER's Internet activity, including firewall logs, caches, browser history and cookies, "bookmarked" or "favorite" web pages, search terms that the user entered into any Internet search engine, and records of user-typed web addresses; and

    m. Contextual information necessary to understand the evidence described in this attachment.

  3. Routers, modems, and network equipment used to connect computers to the Internet;

4.       Records, information, and items relating to the occupancy or ownership of the SUBJECT PREMISES including utility and telephone bills, mail envelopes, or addressed correspondence;

5.       Records, information, and items relating to the ownership or use of computer equipment found in the above residence, including sales receipts, bills for Internet access, and handwritten notes;

6.       Records and information relating to the identity or location of the persons suspected of violating the statutes described above;

7.       Records with written or typed passwords, passcodes, or encryption keys that would be necessary to access data on computers, storage devices or electronic equipment described above;

8.       Records and information written or typed that describe or document the violator's sexual interest in children.

During the execution of the search of the SUBJECT PREMISES described in Attachment A, law enforcement personnel are authorized to (1) press or swipe the fingers (including thumbs) of any individual, who is found at the SUBJECT PREMISES and reasonably believed by law enforcement to be a user of the device, to the fingerprint scanner of the device(s) found at the premises; (2) hold the device(s) found at the premises in front of the face of those same individuals and activate the facial recognition feature; and/or (3) hold the device(s) found at the premises in front of the face of those same individuals and activate the iris recognition feature, for the purpose of attempting to unlock the device(s) in order to search the contents as authorized by this warrant.  Law enforcement may not require anyone to disclose a password or identify

specific biometric characteristics that may be used to unlock the device, including which finger or other physical features unlock the device, in order to gain access to the contents of the device.

As used above, the terms "records" and "information" include all forms of creation or storage, including any form of computer or electronic storage (such as hard disks or other media that can store data); any handmade form (such as writing); any mechanical form (such as printing or typing); and any photographic form (such as microfilm, microfiche, prints, slides, negatives, videotapes, motion pictures, or photocopies).

The term "computer" includes all types of electronic, magnetic, optical, electrochemical, or other high speed data processing devices performing logical, arithmetic, or storage functions, including desktop computers, notebook computers, mobile phones, tablets, server computers, and network hardware.

The term "storage medium" includes any physical object upon which computer data can be recorded, including external and internal hard drives, flash drives, thumb drives, micro SD and macro SD cards, DVDs, gaming systems, SIM cards, cellular phones capable of storage, floppy disks, CDs, magnetic tapes, memory cards, memory chips, and other magnetic or optical media.